WILLIAM E. KENNY AND CATHERINE McGOVERN HAVRILSKY, PLAINTIFFS-APPELLANTS, v. BRENDAN T. BYRNE, GOVERNOR OF NEW JERSEY AND INDIVIDUALLY; WILLIAM F. HYLAND, ATTORNEY GENERAL OF NEW JERSEY AND INDIVIDUALLY, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued November 28, 1977—Decided March 8, 1978.

*Mr. William S. Greenberg* argued the cause for appellants (*Messrs. Greenberg* and *Mellk*, attorneys.)

*Mr. Stephen Skillman,* Assistant Attorney General, argued the cause for respondents (*Mr. William F. Hyland*, Attorney General of New Jersey, attorney; *Mr. Michael A. Santaniello,* Deputy Attorney General, on the brief).

*Mr. Sanford Kluger* argued the cause for *amicus curiae* Common Cause (*Mr. Henry Ramer*, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justices HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.